# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-3672

_____

Christopher Hintz,

        Appellant,

    v.

JP Morgan Chase Bank, National
Association; Bank of America;
Washington Mutual Asset Acceptance
Corp.; WAMU Mortgage Pass-Through
Certificate Series 2007-OA3 Trust;
Certificate Holders of WAMU
Mortgage Pass-Through Certificate
Series 2007-OA3,

        Appellees.

\* Appeal from the United States
\* District Court for the
\* District of Minnesota.

\* [UNPUBLISHED]

_____

Submitted: June 3, 2011
Filed: June 8, 2011

_____

Before WOLLMAN, BOWMAN, and SMITH, Circuit Judges.

_____

PER CURIAM.

Christopher Hintz appeals the district court's[1] Federal Rule of Civil Procedure 12(b)(6) dismissal of his action raising claims under the Truth in Lending Act, the Real Estate Settlement Procedures Act, and state law. Upon de novo review, we find no basis for reversal. See Detroit Gen. Ret. Sys. v. Medtronic, Inc., 621 F.3d 800, 804-05 (8th Cir. 2010) (standard of review). Accordingly, the judgment is affirmed. See 8th Cir. R. 47B.

_____

[1]The Honorable Donovan W. Frank, United States District Judge for the District of Minnesota.